# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEPHONNE D. EASTER**  **PLAINTIFF**
**ADC #105365**

V.　　　　　　　　　　NO. 4:21-cv-1158-BRW-ERE

**B. KERRY**, *et al*.　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Easter has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Easter's complaint and amended complaint are DISMISSED, without prejudice for failure to state a claim. The Court certifies that this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g) and an *in forma pauperis* appeal would not be taken in good faith.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 14th day of January, 2022.

　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE