IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHONNE D. EASTER**                                                                          **PLAINTIFF**
**ADC #105365**

**V.**                            **NO. 4:21-cv-1158-BRW-ERE**

**B. KERRY,** *et al*.                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14th day of January, 2022.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE